COLLINS *et al. vs.* WILLCOX *et al.*, administrators.

This court will not interfere with the discretion of the court below in granting a first new trial, unless the evidence compels the verdict. The evidence being somewhat conflicting, the grant of the new trial will not be reversed.
Judgment affirmed.

October 20, 1885.

BLANDFORD, Justice.

---

GRAHAM *vs.* EASTMAN.

This court will never interfere with the first grant of a new trial where there is any evidence at all upon which a different verdict could be sustained.

(a.) Where a plaintiff in ejectment does not rely upon possession, but undertakes to show title, he must recover on the strength of his own title, and not on the weakness of that of his adversary; and where there are circumstances which might warrant a verdict for the defendant, the court below will not be reversed for granting a new trial after a verdict in the plaintiff's favor.
Judgment affirmed.

October 27, 1885.

HALL, Justice.

---

MATTHEWS *et al.*, commissioners, *vs.* DAWSON.

The finding in the justice's court being warranted by the evidence, there was no error in sustaining it on *certiorari.*
Judgment affirmed.